AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

U.S.

v.

JOSE GABBIDON

APPEARANCE

CASE NUMBER: 1:07 MJ 117M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOSE GABBIDON

I certify that I am admitted to practice in this court.

12/7/07
*Date*

[signature]
*Signature*

ROBERT D. WATT JR. 2134
*Print Name* *Bar Number*

84 Ship St
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401-861-8810
*Phone Number* *Fax Number*
4014534906

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.