AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

JOSE GABBIDON

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:07 MJ 117 M

I, JOSE GABBIDON, charged in a (complaint) (petition) pending in this District with ILLEGAL REENTRY AFTER DEPORTATION in violation of Title 8 USC 1326(a)+(b)(2), U.S.C., and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

J Gabbidon

Defendant

12/7/07

Date

[signature]

Counsel for Defendant