United States District Court
District of Rhode Island

# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. 1:07-MJ-117M***

*To:* *U.S. ICE*
*SIEA AT SUFFOLK*

YOU ARE HEREBY COMMANDED, to have the **body** of **JOSE GABBIDON**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the 7th day of **December, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**PLEASE HAVE DEFENDANT AT COURTHOUSE FOR 9:00A.M.**

I hereby certify and return that
I did bring
Deputy U.S.

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: December 4, 2007.

Attest to
True Copy
DAVID A. DiMARZIO
By Deputy Clerk

David A. DiMarzio, Clerk

Initial Appearance

*By* ______________________
*Martha Saucier - Deputy Clerk*